### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YU XIE YU, | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MARSHALLS DISTRIBUTION CENTER, | : | No. 11-7797 |
|     Defendant. | : | |

### ORDER

**AND NOW**, this **24th** day of **February, 2012**, upon consideration of Defendant's Motion to Dismiss Plaintiff's Complaint, Plaintiff's response thereto, and for the reasons stated in this Court's Memorandum dated February 24, 2012, it is hereby **ORDERED** that:

1. Plaintiff's request for leave to file an Amended Complaint is **GRANTED**.

2. Plaintiff shall file an Amended Complaint on or before **Friday, March 2, 2012**.

3. Defendant's motion to dismiss (Document No. 9) is **DENIED as moot**.

BY THE COURT:

_____
**Berle M. Schiller, J.**